UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MILTON ROBLES and DAYRA
RIVERA, individually and on behalf
of all others similarly situated,

    Plaintiffs,

v.                      CASE NO: 8:19-cv-2713-T-02AAS

LOWE'S HOME CENTERS, LLC,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiffs, MILTON ROBLES and DAYRA RIVERA, by and through undersigned counsel, and pursuant to Local Rule 3.08, hereby give notice that all claims filed against Defendant, LOWE'S HOME CENTERS, LLC, in the above-captioned action have been settled. The parties are in the process of preparing settlement papers, and the parties anticipate filing a dismissal with prejudice of this matter in conjunction with the settlement.

Dated this 1st day of July, 2020.    Respectfully submitted,

                                              **LUIS A. CABASSA**
                                              Florida Bar Number: 053643
                                              **BRANDON J. HILL**
                                              Florida Bar Number: 37061
                                              **WENZEL FENTON CABASSA, P.A.**
                                              1110 North Florida Ave., Suite 300
                                              Tampa, Florida 33602
                                              Main No.: 813-224-0431
                                              Facsimile: 813-229-8712
                                              Email: lcabassa@wfclaw.com
                                              Email: bhill@wfclaw.com
                                              **Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 1st day of July, 2020, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

**LUIS A. CABASSA**