## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MILTON ROBLES and DAYRA RIVERA,

    Plaintiffs,

CASE NO.: 8:19-cv-2713-T-02AAS

v.

LOWE'S HOME CENTERS, LLC,

    Defendant.

_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs Milton Robles and Dayra Rivera and Defendant Lowe's Home Centers, LLC, by and through undersigned counsel, stipulate that the claims brought in this action are hereby dismissed with prejudice. All parties are to bear their own attorneys' fees and costs incurred in this action.

Dated: August 7, 2020.

| | |
|---|---|
| */s/ Brandon J. Hill* (with permission)<br>Brandon J. Hill, Esq.<br>Florida Bar No. 37061<br>bhill@wfclaw.com<br>WENZEL FENTON & CABASSA, P.A.<br>1110 N. Florida Avenue, Suite 300<br>Tampa, FL 33602<br><br>*Trial Counsel for Plaintiffs* | */s/ Cameron G. Kynes*<br>Cameron G. Kynes<br>Florida Bar No. 0116711<br>ckynes@mcguirewoods.com<br>50 North Laura Street, Suite 3300<br>Jacksonville, Florida 32202<br>Telephone: (904) 798-3411<br>Facsimile: (904) 360-6320<br><br>Bruce M. Steen (admitted *pro hac vice*)<br>McGuireWoods LLP<br>201 N. Tryon Street, Ste. 3000<br>Charlotte, NC 28202<br>Telephone: (704) 353-6244<br>Facsimile: (704) 353-6200<br>bsteen@mcguirewoods.com<br><br>Elena D. Marcuss (admitted *pro hac vice*)<br>McGuireWoods LLP<br>500 East Pratt Street, Suite 1000<br>Baltimore, MD 21202<br>Telephone: (410) 659-4454<br>Facsimile: (410) 659-4547<br>emarcuss@mcguirewoods.com<br><br>*Trial Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 7, 2020, a true copy of the foregoing was filed with the Court using the CM/ECF system, which will send notice to all counsel of record via the Court's CM/ECF Notification System.

*/s/ Cameron G. Kynes*
Attorney

133763765_1